IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ADRIAN LAMAR HILEY
ADC #132442                                                    PLAINTIFF

v.                         No. 3:25-cv-257-DPM

SHANE RUSSELL,
Sheriff, Sharp County;
EDITH ELLIOTT, Jail Administrator,
Sharp County Detention Center;
DENNIS, Lieutenant,
Sharp County Detention Center; and
DOES, Sharp County Detention Center                DEFENDANTS

ORDER

1.     The Court withdraws the reference.

2.     Hiley hasn't paid the $405 filing and administrative fees or showed cause why he can't pay; and the time to do so has passed. *Doc. 7 at 2.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 February 2026