IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ADRIAN LAMAR HILEY
ADC #132442                                                              PLAINTIFF

v.                              No. 3:25-cv-257-DPM

SHANE RUSSELL,
Sheriff, Sharp County;
EDITH ELLIOTT, Jail Administrator,
Sharp County Detention Center;
DENNIS, Lieutenant,
Sharp County Detention Center; and
DOES, Sharp County Detention Center          DEFENDANTS

## JUDGMENT

Hiley's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 February 2026